CASALDUC *v.* SOBÁ ET AL.   JUECES DE INSCRIPCIONES. ..

SOLICITUD para que se dicte auto de *Mandamus.*

No. 5.—Resuelto en Noviembre 4, 1904.

MANDAMUS—PARTE BENEFICIADA É INTERESADA.—El peticionario en un proce-
dimiento de *Mandamus* debe ser parte beneficiada é interesada en los actos
cuya ejecución se trate de obtener por virtud de tal procedimiento.

ID.—CANDIDATOS PARA UN PUESTO DE ELECCIÓN POPULAR.—A los efectos de la
sección 3 de la Ley de *Mandamus,* el candidato á un puesto de elección po-
pular, *no es parte beneficiada é interesada,* para que á su instancia pueda
dictarse un auto de esta naturaleza, ordenando la reinscripción de electores
excluidos de las listas electorales.      ........

ELECCIONES—INSCRIPCIÓN DE ELECTORES.—Los electores tienen el derecho de
gestionar personalmente su inscripción en las listas electorales ,y de pedir
su reinscripción en los casos en que hubieren sido ilegalmente eliminados, sin
que pueda ejercitarse tal derecho por personas que no sean los mismos in-
teresados.

Los hechos están expresados en la Opinión.

Abogado del demandante: *Sr. Casalduc.*

EL JUEZ ASOCIADO SR. HERNÁNDEZ, emitió la opinión del
Tribunal.

El abogado Don Felipe Casaldúc Goicoechea, en escrito
de treinta de Octubre último, ha solicitado de esta Corte Su-
prema expida un auto de *Mandamus* condicional contra los
Jueces que menciona, de las Juntas de Registro de los Pre-
cintos números 43, 44, 45, 48 y 49 de Adjuntas, con el fín de
que procedan á inscribir, en las respectivas listas electorales,
los nombres de varios electores que enumera, y que fueron
borrados de ellas en los días 18 y 19, sin haberse llenado las
formalidades prevenidas por la Ley, pues las declaraciones
juradas no fueron hechas con separación, ni se firmaron ante
los Jueces que debían suscribirlas, habiendo estampado éstos
sus firmas en cada declaración de sus correspondientes Pre-
cintos después de cerrados los colegios para las inscripcio-
nes, y afirmado falsamente que habían sido suscritas y juradas
ante ellos.

El peticionario comparece *por su propio derecho* y alega que es candidato por el Partido "Unión de Puerto Rico" para el cargo electivo de Juez Municipal de Ponce, en las elecciones que han de tener lugar el día ocho de los corrientes, debiendo votar los electores de Ponce con los de Adjuntas, y afectando por tanto á su derecho el que los electores de que hace mérito, excluídos contra ley, vuelvan á ser inscritos, sin que fuera del recurso empleado exista otro adecuado y eficaz dentro del curso ordinario de la ley para conseguir la reinscripción.

Considerada la pretensión de Don Felipe Casalduc Goicoechea, aparece de su simple lectura que el demandante no es parte beneficiada é interesada en el despacho del auto de *Mandamus* que solicita, pues nadie puede afirmar que los electores cuyos nombres fueron borrados de las listas electorales respectivas, si fueran nuevamente incluídos en ellas, acudirían á las urnas á emitir sus sufragios el día ocho de los corrientes, y menos que en el caso de verificarlo hubieran de hacerlo á favor del candidato Don Felipe Casalduc para el cargo de Juez Municipal de Ponce.

Que el que solicita la expedición de un auto de *Mandamus* debe ser parte beneficiada é interesada se desprende claramente del texto de la Sección 3ª. de la Ley de 12 de Marzo de 1903 estableciendo el auto de *Mandamus,* cuya Sección termina así: "Podrá dictarse basado en los informes de la parte beneficiada é interesada."

Prescindiendo de la mimsa Ley de *Mandamus,* la Ley de 12 de Febrero de 1902 para regular la inscripción de electores, enmendada por la de 10 de Marzo último, otorga á los electores el derecho de gestionar personalmente su inscripción y de pedir su reinscripción cuando hubieren sido injustamente eliminados, y no autoriza que se ejercite tal derecho por personas que no sean los mismos interesados; de lo cual se deduce que si el Abogado Don Felipe Casalduc no pudo reclamar ante las Juntas respectivas el derecho de

que fueron privados los electores á que se refiere, tampoco puede hoy ejercitar el recurso de un auto de *Mandamus* para la reivindicación de ese mismo derecho.

Por las razones expuestas procede se desestime la expedición del auto de *Mandamus* que por propio derecho ha solicitado el abogado Don Felipe Casalduc Goicoechea.

*Desestimada.*

Jueces concurrentes: Sres. Presidente Quiñones, y Asociados Figueras, MacLeary y Wolf.